No. 3829.—DE LA TORRE & RAMÍREZ, apldos., v. NAVAJAS DÁVILA, apltes.—C. D. San Juan. Cobro de dinero. Mar. 25, 1926. Celebrada la vista de esta apelación interpuesta contra resolución de la corte inferior que aprobó un memorándum con una partida de $200 para honorarios de abogado y toda vez que solamente con la sentencia que condenó al pago de la cantidad de mil dólares, sus intereses legales ÿ las costas, con el memorándum de costas y con el escrito en que se impugna, que son los documentos que nos han sido presentados para resolver este recurso, no estamos en condiciones de resolver que la corte inferior cometió error al fijar la cantidad de $200 como honorarios del abogado de la parte victoriosa, que es el único motivo de la apelación, *se confirma* la resolución apelada.

EX PARTE PEDRO RIVERA VÉLEZ, peticionario.—Mar. 26, 1926. Admisión al ejercicio de la abogacía sin examen. Habiendo probado el peticionario Pedro Rivera Vélez que es graduado de abogado en una universidad acreditada de Estados Unidos con diez años de anterioridad a la aprobación de la Ley No. 17 de 1925 y que ha practicado durante cinco años por lo menos en un bufete de un abogado autorizado para ejercer su profesión por el Tribunal Supremo de Puerto Rico, se declara con lugar su petición y en su consecuencia admítese al peticionario al ejercicio de la abogacía sin examen tan luego haya sido favorablemente recomendado por la Comisión de Reputación a la cual deberán remitirse los papeles correspondientes, y haya prestado el juramento de ley.